IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIE MORESCHI, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No: 2:10-CV-0804 |
| | ) | |
| v. | ) | The Honorable Arthur J. Schwab |
| | ) | |
| CENTRAL CREDIT SERVICES, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | **ELECTRONICALLY FILED** |

## STIPULATION FOR DISCONTINUANCE

AND NOW, come the Defendant CENTRAL CREDIT SERVICES, INC. by and through its attorneys, Marshall, Dennehey, Warner, Coleman & Goggin and Danielle M. Vugrinovich, Esquire, and the Plaintiff, JULIE MORESCHI, by and through her attorney, Amy B. Good-Ashman, Esquire, and hereby stipulate and agree that Plaintiff's claims against CENTRAL CREDIT SERVICES are discontinued with prejudice and request that the attached proposed Order be entered.

Respectfully submitted,

| | |
|---|---|
| **LAW OFFICE OF STEPHEN M. OTTO, LLC** | **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN** |
| | |
| BY:  *s/ Amy B. Good-Ashman* | BY:  *s/ Danielle M. Vugrinovich* |
| AMY B. GOOD-ASHMAN, ESQUIRE | DANIELLE M. VUGRINOVICH, ESQUIRE |
| | PA ID #88326 |
| Counsel for Plaintiff,  JULIE MORESCHI | |
| | Counsel for Defendant, CENTRAL CREDIT SERVICES |
| 2 Woodland Road, Suite 201A | US Steel Tower, Suite 2900 |
| Wyomissing, PA  19610 | 600 Grant Street |
| (484) 220-0481/(610) 743-8581 (fax) | Pittsburgh, PA  15219 |
| amy@sottolaw.com | 412-803-1185/412-803-1188 (fax) |
| | dmvugrinovich@mdwcg.com |