# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIE MORESCHI, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No: 2:10-CV-0804 |
| | ) | |
| v. | ) | The Honorable Arthur J. Schwab |
| | ) | |
| CENTRAL CREDIT SERVICES, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | **ELECTRONICALLY FILED** |

## ORDER OF COURT

AND NOW, on this 13th day of October, 2010, upon review of the Stipulation for Discontinuance, it is hereby ORDERED that the above-referenced matter is hereby discontinued with prejudice.

BY THE COURT:

_____ J.

12/1101863.v1